# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

4:24cr-007

| | |
|---|---|
| **UNITED STATES OF AMERICA** | INFORMATION NO. 18 U.S.C. §§ 7 and 13 |
| v. | |
| **MYSHNARRI A. HEATH** | O.C.G.A. § 16-9-4(b)(1) Possession, Display, or Use of False Identification Document |
| | 18 U.S.C. § 1036 Entry by False Pretenses to Military Property |

**THE UNITED STATES ATTORNEY CHARGES:**

<u>**COUNT ONE**</u>
*Possession, Display, or Use of False Identification Document*
O.C.G.A. § 16-9-4(b)(1)

On or about October 1, 2022, in the Southern District of Georgia, on land within the special maritime and territorial jurisdiction of the United States and under the concurrent jurisdiction of the United States and the State of Georgia, namely Fort Stewart Military Reservation,

**MYSHNARRI A. HEATH**

did unlawfully and knowingly possess, display, and use false, fictitious, fraudulent, and altered identification documents, in violation of Title 18, United States Code, Sections 7 and 13, and Official Code of Georgia Annotated, Section 16-9-4(b)(1).

## COUNT TWO
*Entry by False Pretenses to Military Property*
18 U.S.C. § 1036

On or about October 1, 2022, in the Southern District of Georgia, on land within the special maritime and territorial jurisdiction of the United States and under the concurrent jurisdiction of the United States and the State of Georgia, namely Fort Stewart Military Reservation,

### MYSHNARRI A. HEATH

did unlawfully attempt to enter Fort Stewart Military Reservation, real property belonging to the United States, by fraud and false pretenses, to wit: furnishing a false, fictitious, fraudulent, and altered identification card, in violation of Title 18, United States Code, Section 1036(b)(2).

JILL E. STEINBERG
UNITED STATES ATTORNEY

*/s/ Michael Z. Spitulnik*

Michael Z. Spitulnik
Special Assistant United States Attorney
IL Bar No. 6321559

2